Certificate Number: 17082-OHN-DE-024787155

Bankruptcy Case Number: 14-17926



17082-OHN-DE-024787155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2015, at 2:36 o'clock PM MST, SHELIETA S GOUDLOCK completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: January 4, 2015

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director