|  | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF OHIO |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br><br>GOUDLOCK; SHELIETA S | CASE NO.: 1417926<br>CLAIM NO.: 5 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by : ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   Name(s):  EMERGENCY PROF SVCS,INC
   Mailing Address:  PO BOX 12907
   City, State, Zip Code:  Norfolk, VA 23541

3. **New Address:**
   Mailing Address:  PO BOX 1109
   City, State, Zip Code:  Minneapolis, MN 55440-1109

Date: 08/03/2015

 Ashley A Woerheide
Requestor's printed name(s)

 /s/ Ashley A Woerheide
Requestor's signature(s)

 Bankruptcy Representative
Title